Steven SHAW, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 73965.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 13, 1999.

---

6. Effective January 1, 1995, the city recodified   these sections as §§ 56.531–56.546.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Movant appeals from a judgment denying his Rule 29.15 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).